# EXHIBIT A

## CONSENT TO BECOME PARTY PLAINTIFF

I hereby consent to become a party plaintiff in the lawsuit brought under the Fair Labor Standards Act to recover unpaid wages and overtime from my current/former employer, Steak N Shake University.

_____    08-05-16
Signature                           Date

Sean Peneau
Printed Name