# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SEAN RENEAU, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> TRUNG NGUYEN, VENKATA § <br> ALIGETI, JONATHAN BLAU, BLAU, § <br> LTD., EVERETT HOLLEY, JAYESH § <br> PATEL, § <br> § <br> Defendants. § | CIVIL ACTION NO. 6:16-CV-01126-JDK-JDL |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On January 9, 2019, the Magistrate Judge issued his Report and Recommendation (Doc. No. 114), recommending that all Defendants with the exception of Spur 248 Steak, LLC, which is currently automatically stayed pursuant to 11 U.S.C. § 362, be dismissed with prejudice. No objections to the Report and Recommendation have been presented for consideration within the prescribed time period for such objections. Further, the Court has reviewed the Report and Recommendation *de novo* and is of the opinion that the findings and conclusions of the Magistrate Judge included therein are correct. The Court therefore adopts the Report and Recommendation (Doc. No. 114) as the findings of this Court.

Accordingly, it is hereby **ORDERED** that all Defendants (with the exception of Spur 248 Steak, LLC, which is currently automatically stayed pursuant to 11 U.S.C. § 362) be **DISMISSED WITH PREJUDICE**.

So **ORDERED** and **SIGNED** this **28th** day of **January, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE